# United States District Court
## *Southern District of Georgia*

Franklin Williams,

                                      JUDGMENT IN A CIVIL CASE

              V.                      CASE NUMBER: CV514-62, CR506-14,

United

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 12/29/14, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case.

12/29/14
*Date*



(By)